---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **APP of Southern Arizona ED, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2145896** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5121 Maryland Way**<br>**Suite 300**<br>**Brentwood, TN 37027**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://appartners.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **APP of Southern Arizona ED, LLC**
_____  Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  6211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **APP of Southern Arizona ED, LLC**                                    Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Schedule 1 Attached** _____   Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☒ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **APP of Southern Arizona ED, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ■ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **APP of Southern Arizona ED, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

<hr>

**Request for Relief, Declaration, and Signatures**

<hr>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 18, 2023**
 MM / DD / YYYY

**X** **/s/ John DiDonato**                                **John DiDonato**
 Signature of authorized representative of debtor           Printed name

Title    **Chief Restructuring Officer**

<hr>

**18. Signature of attorney**

**X** **/s/ Laura Davis Jones**                            Date    **September 18, 2023**
 Signature of attorney for debtor                                MM / DD / YYYY

**Laura Davis Jones**
 Printed name

**Pachulski Stang Ziehl & Jones LLP**
 Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
 Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**         Email address    **ljones@pszjlaw.com**

**2436 DE**
 Bar number and State

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1. AMERICAN PHYSICIAN PARTNERS, LLC
2. AMERICAN PHYSICIAN HOLDINGS, LLC
3. ALIGN, M.D., PLLC
4. APP OF ALABAMA ED, LLC
5. APP OF ARKANSAS ED, PLLC
6. APP OF ARKANSAS HM, PLLC
7. APP OF OHIO ED, PLLC
8. APP OF ILLINOIS ED, PLLC
9. APP OF ILLINOIS HM, PLLC
10. APP OF KENTUCKY ED, PLLC
11. APP MDPARTNERS, PLLC
12. APP MDPARTNERS OF GA, LLC
13. APP OF NEW MEXICO ED, PLLC
14. APP OF NEW MEXICO HM, PLLC
15. APP OF TENNESSEE ED, PLLC
16. APP OF TENNESSEE HM, PLLC
17. APP OF WEST VIRGINIA ED, PLLC
18. APP OF WEST VIRGINIA HM, PLLC
19. CALEB CREEK EMERGENCY PHYSICIANS, PLLC
20. COOSA RIVER EMERGENCY PHYSICIANS, PLLC
21. DEGARA APP, PLLC
22. DEGARA, P.L.L.C.
23. DEGARA GARDEN CITY, PLLC
24. DEGARA GARDEN CITY APP, PLLC
25. DEGARA APP HM, PLLC
26. ELITE EMERGENCY HOT SPRINGS, PLLC
27. ELITE EMERGENCY MANAGEMENT, PLLC
28. ELITE EMERGENCY RUSSELLVILLE, PLLC
29. ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC
30. ELITE EMERGENCY SVC OF TN, PLLC
31. ELITE EMERGENCY SVC OF KY, PLLC
32. LITTLE RIVER EMERGENCY PHYSICIANS, PLLC
33. ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC
34. STONEY BROOK EMERGENCY PHYSICIANS, PLLC
35. APP OF OHIO HM, PLLC
36. APP OF SOUTH CAROLINA ED, PLLC
37. APP OF SOUTH CAROLINA HM, PLLC
38. APPTEXASHM, PLLC
39. APP OF MICHIGAN ED, PLLC
40. APP OF ALABAMA HM, LLC
41. APP OF KANSAS ED, PLLC
42. NETEP, PLLC
43. KALAMAZOO EMERGENCY ASSOCIATES, PLC
44. APP OF INDIANA ED, PLLC
45. APP OF INDIANA HM, PLLC
46. APP OF SOUTHERN NEW MEXICO ED, PLLC
47. APP OF SOUTHERN NEW MEXICO HM, PLLC
48. APP OF KENTUCKY HM, PLLC
49. APP OF KANSAS HM, PLLC
50. APP OF WESTERN KENTUCKY ED, PLLC
51. APP OF NEVADA ED, PLLC
52. APP OF EAST TENNESSEE HM, PLLC
53. APP OF EAST TENNESSEE ED, PLLC
54. APP TEXAS, PLLC
55. APPTEXASED, PLLC
56. EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC
57. KIRBY EMERGENCY PHYSICIANS, P.L.L.C.
58. SAN JACINTO EMERGENCY PHYSICIANS, PLLC
59. WEST HOUSTON EMERGENCY PHYSICIANS, P.L.L.C.
60. WOODLANDS EMERGENCY PHYSICIANS, PLLC
61. APP OF NORTH CAROLINA ED, PLLC
62. APP OF NORTH CAROLINA HM, PLLC
63. AMERICAN PHYSICIANS PARTNERS PSO, LLC
64. APP MANAGEMENT CO., LLC
65. APPROVIDERS, LLC
66. APP OF MISSISSIPPI ED LLC
67. APP OF FLORIDA ED, LLC
68. APP OF FLORIDA HM, LLC
69. APP OF ARIZONA ED, LLC
70. APP OF GEORGIA ED, LLC
71. APP OF ARIZONA HM, LLC
72. APP OF MISSISSIPPI HM, LLC

73. APP OF CENTRAL FLORIDA ED, LLC
74. APP OF SOUTHERN ARIZONA ED, LLC
75. APP OF SOUTHERN ARIZONA HM, LLC
76. NORTHEAST TENNESSEE EMERGENCY PHYSICIANS, INC.
77. APP EMERGENCY ED TX, INC.
78. PROGRESSIVE MEDICAL ASSOCIATES, LLC
79. TRUEPARTNERS EMERGENCY PHYSICIANS LLC
80. EMERGENCY SPECIALISTS OF WELLINGTON, LLC
81. TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS LCC
82. TRUEPARTNERS RANCH EMERGENCY SPECIALISTS LCC
83. TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS LCC
84. TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC
85. TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC
86. APP AZ ED MEMBER 1, LLC
87. APP AZ ED MEMBER 2, LLC
88. APP AZ ED MEMBER 3, LLC
89. APP AZ ED MEMBER 4, LLC
90. APP AZ ED MEMBER 5, LLC
91. APP AZ ED MEMBER 6, LLC
92. CAPITAL EMERGENCY PHYSICIANS LLC
93. CAPITAL EMERGENCY PHYSICIANS MADISON LLC
94. LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C.
95. ACUTE CARE SPECIALIST, LLC
96. TOWN SQUARE EMERGENCY ASSOCIATES, PLLC
97. TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC
98. TEP SELECT EMERGENCY SPECIALISTS PLLC
99. TEXOMA EMERGENCY PHYSICIANS, PLLC
100. APP ICU, PLLC

## ACTION TAKEN ON WRITTEN CONSENT
## OF THE BOARD OF MANAGERS OF
## AMERICAN PHYSICIAN PARTNERS, LLC

### Effective as of September 18, 2023

Pursuant to the provisions of applicable law, the undersigned Board of Managers of American Physician Partners, LLC, a Delaware limited liability company ("APP"), consisting of James Decker and Jay Martus, each appointed pursuant to Section 5.3 of the Fifth Amended and Restated Limited Liability Company Agreement dated as of March 2, 2023, as amended by that certain Written Consent of the Members dated as of May 10, 2023, (the "Board") does hereby take the following actions and adopt the following resolutions by written consent, in lieu of a special meeting of the Board, as of the date hereof, and hereby direct that this Omnibus Written Consent be filed with the minutes and the proceedings of APP.

**WHEREAS**, the Board has reviewed the historical performance of APP and its subsidiaries and the current and long-term liabilities of APP and its subsidiaries;

**WHEREAS,** the Companies' working capital has dissipated to the point where the Companies will be unable to continue operations;

**WHEREAS,** the Companies contacted potential acquirers to discuss potential acquisitions of some or all of the Companies and some or all of the assets of the Companies without success;

**WHEREAS,** the Companies contacted qualified investors, including existing investors and creditors of the Companies, seeking commitment for an equity investment or the provision of further financing without success;

**WHEREAS,** the Companies contacted potential replacement financing parties to discuss potential financings to provide incremental capital to the business replacing its existing lenders without success;

**WHEREAS**, the Companies proceeded to embark on a transition of emergency room and hospital services to alternative service providers and its health system/hospital partners avoiding any interruption in those services and were successful in that complete transition and as of August 1, 2023 were no longer providing any such services;

**WHEREAS**, since August 1, 2023, the Companies have been conducting an orderly winddown of their remaining businesses;

**WHEREAS**, the Board has reviewed the materials presented by the management of and the advisors to APP regarding alternatives available to complete the winddown of the Companies in the most efficient and value maximizing manner;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of APP, its creditors, employees, stockholders and other stakeholders that a petition be filed by APP and each of its subsidiaries and/or affiliated companies

under the management of APP set forth on Schedule 1 attached hereto (collectively with APP, the "Companies") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that the following persons, John C. DiDonato, James Nugent, and Andrew McQueen, each in his capacity as an officer or authorized signatory of each Company (each, an "Authorized Officer") be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Companies' chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Companies in carrying out its and their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Companies' rights in connection therewith, and the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**RESOLVED**, that the Authorized Officers, on behalf of each Company, are authorized, empowered and directed to continue the engagement of the law firm of Bass, Berry & Sims PLC ("BBS") as continuing corporate and regulatory counsel as well as limited co-bankruptcy counsel to represent and assist the Companies in carrying out their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of BBS;

**RESOLVED**, that Andrew McQueen is authorized, empowered and directed on behalf of each Company to retain the services of Huron Consulting Group ("Huron") as its Chief Restructuring Officer ("CRO"), Interim Chief Executive Officer and Deputy CRO, and other members of the CRO team, and in connection therewith, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Novo;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to employ any other professionals necessary to assist the Companies in carrying out their duties under the Bankruptcy Code and, in connection therewith, to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to obtain post-petition financing according to terms which may be negotiated by the management of the Companies, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement and, in connection therewith, to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of each Company that each Company sell any remaining assets and, therefore, each Company is hereby authorized to enter into an asset purchase agreement to effectuate such sale(s) on such terms that the Authorized Officers of the Companies determine will maximize value, and each Company is further authorized to file a motion to approve such sale(s) and for any related relief, or to approve a sale or sales to a higher and better bidder, and to close such sale(s), subject to bankruptcy court approval in such Company's chapter 11 proceedings;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement;

**RESOLVED**, that this consent and signature pages hereto may be executed and delivered by electronic means (including, without limitation, electronic image, facsimile, DocuSign, ".pdf", ".tif" and ".jpeg"), and thereupon shall be treated in each case and in all manner and respects and for all purposes as an original and shall be considered to have the same binding legal effect as if it were an original manually-signed counterpart hereof delivered in person;

**RESOLVED**, that this consent may be executed in multiple counterparts or copies, each of which shall be deemed an original for all purposes. One or more counterparts or copies of this consent, or signature pages hereto, may be executed by one or more of the undersigned, and some different counterparts, copies or signature pages executed by one or more of the other undersigned. Each counterpart or copy hereof so executed by any of the undersigned shall be binding upon the undersigned executing same even though any other undersigned may execute one or more different counterparts, copies or signature pages, and all counterparts or copies hereof (including any such signature pages) so executed shall constitute one and the same consent. Each of the undersigned, by execution of one or more counterparts or copies hereof or signature pages hereto, expressly authorizes and directs the secretary or any assistant secretary of APP, or counsel to APP, to affix the signature pages executed by the authorizing undersigned to one or more other counterparts or copies hereof so that upon execution of multiple counterparts or copies hereof or signature pages hereto by all of the undersigned, there shall be one or more counterparts or copies hereof to which is attached signature pages containing signatures of all of the undersigned;

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer of the Companies in the name and on behalf of any Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

SimplyAgree Sign signature packet ID: 05e01376-c25d-44a9-9e3a-3fe0d16fb391

 IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first set forth above on behalf of APP.

**BOARD:**

*James Decker*
_____
JAMES DECKER


_____
JAY MARTUS

SimplyAgree Sign signature packet ID: 6aaae14a-a3ed-450b-92f9-74014e46d59

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first set forth above on behalf of APP.

**BOARD:**

_____
JAMES DECKER

*Jay Martus*
_____
JAY MARTUS

## Schedule 1

### *Alabama*
APP OF ALABAMA ED, LLC

### *Arizona*
APP AZ ED MEMBER 1, LLC
APP AZ ED MEMBER 2, LLC
APP AZ ED MEMBER 3, INC.
APP AZ ED MEMBER 4, INC.
APP AZ ED MEMBER 5, INC.
APP AZ ED MEMBER 6, INC.
PROGRESSIVE MEDICAL ASSOCIATES, LLC

### *Delaware*
AMERICAN PHYSICIAN HOLDINGS, LLC
APP MANAGEMENT CO., LLC

### *Florida*
APPROVIDERS, LLC
EMERGENCY SPECIALIST OF WELLINGTON, LLC
TRUE PARTNERS EMERGENCY PHYSICIANS, LLC
TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LLC
TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS LLC
TRUEPARTNERS RANCH EMERGENCY SPECIALISTS LLC
TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS LLC

### *Georgia*
APP MDPARTNERS OF GA, LLC

### *Kentucky*
ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC
ELITE EMERGENCY SVC OF KY, PLLC

### *Michigan*
DEGARA, P.L.L.C.
DEGARA GARDEN CITY, PLLC
KALAMAZOO EMERGENCY ASSOCIATES, PLC

### *Mississippi*
CAPITAL EMERGENCY PHYSICIANS LLC
CAPITAL EMERGENCY PHYSICIANS MADISON LLC

**_Oklahoma_**
TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS, LLC

**_Tennessee_**
ALIGN, M.D., PLLC
APP MDPARTNERS, PLLC
APP OF ALABAMA HM, LLC
APP OF ARKANSAS ED, PLLC
APP OF ARKANSAS HM, PLLC
APP ICU, PLLC
APP OF EAST TENNESSEE ED, PLLC
APP OF EAST TENNESSEE HM, PLLC
APP OF ILLINOIS HM, PLLC
APP OF ILLINOIS ED, PLLC
APP OF INDIANA ED, PLLC
APP OF INDIANA HM, PLLC
APP OF KANSAS ED, PLLC
APP OF KANSAS HM, PLLC
APP OF KENTUCKY ED, PLLC
APP OF KENTUCKY HM, PLLC
APP OF MICHIGAN ED, PLLC
APP OF NEVADA ED, PLLC
APP OF NEW MEXICO ED, PLLC
APP OF NEW MEXICO HM, PLLC
APP OF NORTH CAROLINA ED, PLLC
APP OF NORTH CAROLINA HM, PLLC
APP OF OHIO ED, PLLC
APP OF OHIO HM, PLLC
APP OF SOUTH CAROLINA ED, PLLC
APP OF SOUTH CAROLINA HM, PLLC
APP OF SOUTHERN NEW MEXICO ED, PLLC
APP OF SOUTHERN NEW MEXICO HM, PLLC
APP OF TENNESSEE ED, PLLC
APP OF TENNESSEE HM, PLLC
APP OF WESTERN KENTUCKY ED, PLLC
APP OF WEST VIRGINIA ED, PLLC
APP OF WEST VIRGINIA HM, PLLC
APPTEXASED, PLLC
APPTEXASHM, PLLC
CALEB CREEK EMERGENCY PHYSICIANS, PLLC
COOSA RIVER EMERGENCY PHYSICIANS, PLLC
DEGARA APP, PLLC
DEGARA APP HM, PLLC
DEGARA GARDEN CITY APP, PLLC
ELITE EMERGENCY HOT SPRINGS, PLLC
ELITE EMERGENCY MANAGEMENT, PLLC

ELITE EMERGENCY RUSSELLVILLE, PLLC
ELITE EMERGENCY SVC OF TN, PLLC
LITTLE RIVER EMERGENCY PHYSICIANS, PLLC
NETEP, PLLC
ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC
STONEY BROOK EMERGENCY PHYSICIANS, PLLC
APP OF ARIZONA ED, LLC
APP OF ARIZONA HM, LLC
APP OF CENTRAL FLORIDA ED, LLC
APP OF FLORIDA ED, LLC
APP OF FLORIDA HM, LLC
APP OF GEORGIA ED, LLC
APP OF MISSISSIPPI ED, LLC
APP OF MISSISSIPPI HM, LLC
APP OF SOUTHERN ARIZONA ED, LLC
APP OF SOUTHERN ARIZONA HM, LLC
NORTHEAST TENNESSEE EMERGENCY PHYSICIANS, INC.
AMERICAN PHYSICIAN PARTNERS PSO, LLC

*__Texas__*
APP TEXAS, PLLC
LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE
MEDICAL ASSOCIATES
ACUTE CARE SPECIALIST, LLC
EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC
KIRBY EMERGENCY PHYSICIANS, P.L.L.C.
SAN JACINTO EMERGENCY PHYSICIANS, PLLC
WEST HOUSTON EMERGENCY PHYSICIANS, P.L.L.C.
WOODLANDS EMERGENCY PHYSICIANS, PLLC
TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC
TEP SELECT EMERGENCY SPECIALISTS, PLLC
TOWN SQUARE EMERGENCY ASSOCIATES, PLLC
TEXOMA EMERGENCY PHYSICIANS, PLLC
APP EMERGENCY ED TX, INC.

## OMNIBUS WRITTEN CONSENT
## OF THE SUBSIDIARIES OF AMERICAN PHYSICIAN PARTNERS, LLC

Effective as of September 18, 2023

Pursuant to the provisions of applicable law, the undersigned:

(i)     American Physician Partners, LLC, a Delaware limited liability company ("APP"), being the sole member (in such capacity, "APP Sole Member") of each of the companies listed on Schedule 1 hereto ("Schedule 1 Entities");

(ii)    American Physician Holdings, LLC, being (a) the sole member (in such capacity, "APH Sole Member") of each of the companies listed on Schedule 2 hereto ("Schedule 2 Entities") and (b) the sole shareholder (in such capacity, "APH Sole Shareholder") of each of the companies listed on Schedule 3 hereto ("Schedule 3 Entities");

(iii)   APP of Arizona ED, LLC, being (a) the sole member (in such capacity, "AZ Sole Member") of each of the companies listed on Schedule 4 hereto ("Schedule 4 Entities"), and (b) being the sole shareholder (in such capacity, "AZ Sole Shareholder") of each of the companies listed on Schedule 5 hereto ("Schedule 5 Entities");

(iv)    Each of (a) APP of Arizona ED, LLC, (b) APP AZ ED Member 1, LLC, (c) APP AZ ED Member 2, LLC, (d) APP AZ ED Member 3, Inc., (e) APP AZ ED Member 4, Inc., (f) APP AZ ED Member 5, Inc., and (g) APP AZ ED Member 6, Inc., (collectively, the "PMA Members") constituting all of the members of Progressive Medical Associates, LLC, an Arizona limited liability company ("PMA"); and

(v)     APP of Mississippi ED, LLC, being the sole member (in such capacity, "MS Sole Member"; and together with APP Manager, APP Sole Member, APH Sole Member, APH Sole Shareholder, AZ Sole Member, AZ Sole Shareholder and the PMA Members, each a "Governing Body" and collectively, the "Governing Bodies") of each of the companies listed on Schedule 6 hereto ("Schedule 6 Entities"; and together with APP, the Schedule 1 Entities, the Schedule 2 Entities, the Schedule 3 Entities, the Schedule 4 Entities, the Schedule 5 Entities and PMA, collectively, the "Companies" and each a "Company"),

hereby take the following actions and adopt the following resolutions by written consent, in lieu of a special meeting of the Governing Bodies, as of the date hereof, and hereby direct that this Omnibus Written Consent be filed with the minutes and the proceedings of each Company.

**WHEREAS**, the Governing Bodies have reviewed the historical performance and the current and long-term liabilities of each Company;

**WHEREAS,** the Companies' working capital has dissipated to the point where the Companies will be unable to continue operations;

**WHEREAS,** the Companies contacted potential acquirers to discuss potential acquisitions of some or all of the Companies and some or all of the assets of the Companies without success;

**WHEREAS,** the Companies contacted qualified investors, including existing investors and creditors of the Companies, seeking commitment for an equity investment or the provision of further financing without success;

**WHEREAS,** the Companies contacted potential replacement financing parties to discuss potential financings to provide incremental capital to the business replacing its existing lenders without success;

**WHEREAS,** the Companies proceeded to embark on a transition of emergency room and hospital services to alternative service providers and its health system/hospital partners avoiding any interruption in those services and were successful in that complete transition and as of August 1, 2023 were no longer providing any such services;

**WHEREAS,** since August 1, 2023, the Companies have been conducting an orderly winddown of their remaining businesses;

**WHEREAS**, the Governing Bodies have reviewed the materials presented by the management of and the advisors to each Company regarding alternatives available to complete the winddown of the Companies in the most efficient and value maximizing manner;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Governing Bodies, it is desirable and in the best interests of each Company, its creditors, employees, stockholders and other stakeholders, that a petition be filed by each Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that the following persons, John C. DiDonato, James Nugent, and Andrew McQueen, each in his capacity as an officer or authorized signatory of each Company or an officer of the applicable Governing Body thereof, (each, an "Authorized Officer", and collectively, "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed on behalf of each Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the chapter 11 case of such Company, with a view to the successful prosecution of such cases;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of each Company to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist each Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**RESOLVED**, that the Authorized Officers, on behalf of each Company, are authorized, empowered and directed to continue the engagement of the law firm of Bass, Berry & Sims PLC ("BBS") as continuing corporate and regulatory counsel as well as limited co-bankruptcy counsel to represent and assist the Companies in carrying out their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of BBS;

**RESOLVED**, that Andrew McQueen is authorized, empowered and directed on behalf of each Company to retain the services of Huron Consulting Group ("Huron") as its Chief Restructuring Officer "(CRO"), Interim Chief Executive Officer and Deputy CRO, and other members of the CRO team, and in connection therewith, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Novo;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of each Company to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral, and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement and, in connection therewith, to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**RESOLVED**, that in the judgment of the Governing Bodies, it is desirable and in the best interests of each Company that each Company sell any remaining assets and, therefore, each Company is hereby authorized to enter into an asset purchase agreement to effectuate such sale(s) on such terms that the Authorized Officers of the Companies determine will maximize value, and each Company is further authorized to file a motion to approve such sale(s) and for any related relief, or to approve a sale or sales to a higher and better bidder, and to close such sale(s), subject to bankruptcy court approval in such Company's chapter 11 proceedings;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed on behalf of the Companies to take any and all actions, to execute, deliver, certify, file, and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be

necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate successful chapter 11 cases, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement;

**RESOLVED**, that this consent and signature pages hereto may be executed and delivered by electronic means (including, without limitation, electronic image, facsimile, DocuSign, ".pdf", ".tif" and ".jpeg"), and thereupon shall be treated in each case and in all manner and respects and for all purposes as an original and shall be considered to have the same binding legal effect as if it were an original manually-signed counterpart hereof delivered in person;

**RESOLVED**, that this consent may be executed in multiple counterparts or copies, each of which shall be deemed an original for all purposes. One or more counterparts or copies of this consent, or signature pages hereto, may be executed by one or more of the undersigned, and some different counterparts, copies or signature pages executed by one or more of the other undersigned. Each counterpart or copy hereof so executed by any of the undersigned shall be binding upon the undersigned executing same even though any other undersigned may execute one or more different counterparts, copies or signature pages, and all counterparts or copies hereof (including any such signature pages) so executed shall constitute one and the same consent. Each of the undersigned, by execution of one or more counterparts or copies hereof or signature pages hereto, expressly authorizes and directs the secretary or any assistant secretary of such Company, or counsel to such Company, to affix the signature pages executed by the authorizing undersigned to one or more other counterparts or copies hereof so that upon execution of multiple counterparts or copies hereof or signature pages hereto by all of the undersigned, there shall be one or more counterparts or copies hereof to which is attached signature pages containing signatures of all of the undersigned;

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer in the name or on behalf of any Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first set forth above on behalf of each Company.

**AMERICAN PHYSICIAN PARTNERS, LLC,**
as the sole member of each of the Schedule 1 Entities

By: *Andrew McQueen*
_____
Name:  Andrew McQueen
Title:   Senior Vice President, Chief Development
         Officer & Secretary

**AMERICAN PHYSICIAN HOLDINGS, LLC,**
as the sole member of each of the Schedule 2 Entities and the sole shareholder of each of the Schedule 3 Entities

By: *Andrew McQueen*
_____
Name:  Andrew McQueen
Title:   Senior Vice President, Chief Development
         Officer & Secretary

**APP OF ARIZONA ED, LLC,** as the sole member of each of the Schedule 4 Entities and the sole shareholder of each of the Schedule 5 Entities

By: *Andrew McQueen*
_____
Name:  Andrew McQueen
Title:   Senior Vice President, Chief Development
         Officer & Secretary

**APP OF MISSISSIPPI ED, LLC,** as the sole member of each of the Schedule 6 Entities

By: *Andrew McQueen*
_____
Name:  Andrew McQueen
Title:   Senior Vice President, Chief Development
         Officer & Secretary

[APP and Subsidiaries Resolutions]

**_PMA MEMBERS_:**

**APP OF ARIZONA ED, LLC**

By: *Andrew McQueen*
Name:  Andrew McQueen
Title:   Senior Vice President, Chief Development
          Officer & Secretary


**APP AZ ED MEMBER 1, LLC**
**APP AZ ED MEMBER 2, LLC**
**APP AZ ED MEMBER 3, INC.**
**APP AZ ED MEMBER 4, INC.**
**APP AZ ED MEMBER 5, INC.**
**APP AZ ED MEMBER 6, INC.**


By: *Andrew McQueen*
Name:  Andrew McQueen
Title:   Secretary

## **Schedule 1**

1. American Physician Partners PSO, LLC, a Tennessee limited liability company
2. American Physician Holdings, LLC, a Delaware limited liability company

## Schedule 2

### *Tennessee*
1. APP of Arizona ED, LLC, a Tennessee limited liability company
2. APP of Arizona HM, LLC, a Tennessee limited liability company
3. APP of Central Florida ED, LLC, a Tennessee limited liability company
4. APP of Florida ED, LLC, a Tennessee limited liability company
5. APP of Florida HM, LLC, a Tennessee limited liability company
6. APP of Georgia ED, LLC, a Tennessee limited liability company
7. APP of Mississippi ED, LLC, a Tennessee limited liability company
8. APP of Mississippi HM, LLC, a Tennessee limited liability company
9. APP of Southern Arizona ED, LLC, a Tennessee limited liability company
10. APP of Southern Arizona HM, LLC, a Tennessee limited liability company

### *Delaware*
11. APP Management Co., LLC, a Delaware limited liability company

### *Florida*
12. APProviders, LLC, a Florida limited liability company
13. Emergency Specialists of Wellington, LLC, a Florida limited liability company
14. True Partners Emergency Physicians, LLC, a Florida limited liability company
15. TruePartners Lakewood Inpatient Specialists LLC, a Florida limited liability company
16. TruePartners Manatee Emergency Specialists LLC, a Florida limited liability company
17. TruePartners Ranch Emergency Specialists LLC, a Florida limited liability company
18. TruePartners Westlake Emergency Specialists LLC, a Florida limited liability

### *Oklahoma*
19. TruePartners Comanche Emergency Specialists, LLC, an Oklahoma limited liability company

## Schedule 3

1. APP Emergency ED TX, Inc., a Texas non-profit corporation
2. Northeast Tennessee Emergency Physicians, Inc., a Tennessee corporation

## **Schedule 4**

1.  APP AZ ED Member 1, LLC, an Arizona limited liability company
2.  APP AZ ED Member 2, LLC, an Arizona limited liability company

## **Schedule 5**

1.  APP AZ ED Member 3, Inc., an Arizona corporation
2.  APP AZ ED Member 4, Inc., an Arizona corporation
3.  APP AZ ED Member 5, Inc., an Arizona corporation
4.  APP AZ ED Member 6, Inc., an Arizona corporation

## Schedule 6

1.  Capital Emergency Physicians LLC, a Mississippi limited liability company
2.  Capital Emergency Physicians Madison LLC, a Mississippi limited liability company

35873961.5

**Fill in this information to identify the case:**

Debtor name ___American Physician Partners, LLC, et al.___

United States Bankruptcy Court for the District of Delaware

_____ (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. R1 Medical Consultants Inc. PO Box 735160 Dallas, TX 75373-5160 | Jackie Willett Tel. 682.365.2834 Email: jwillett@r1rcm.com | Trade Claim | | | | $23,849,404 |
| 2. Jefferies 520 Madison Ave. 6th Floor New York, NY 10022 | Jeffrey Finger Tel: 212-708-2733 Email: jfinger@jefferies.com | Trade Claim | | | | 2,300,000 |
| 3. Sapientes Funding II 830 East Platte Ave Fort Morgan, CO 80701 | Tyler Marsh Tel. 970.370.6507 Email: Tyler.Marsh@wakeassoc.com | Purchase Agreement | Contingent Unliquidated | | | $1,900,000 |
| 4. Staff Care, Inc. PO BOX 281923 Atlanta, GA 30384-1923 | Don Robb Tel. 469.417.7502 Email: don.robb@amnhealthcare.com | Trade Claim | | | | $1,627,858 |
| 5. CompHealth / Weatherby Locums, Inc. PO BOX 972651 Dallas, TX 75397-2651 | Angela Brown Tel. 800.328.3021 Email: angela.brown@chghealthcare.com | Trade Claim | | | | $1,358,921 |

Debtor  American Physician Partners, LLC, et al.
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. Willis Towers Watson 29982 Network Place Chicago, IL 60673-1299 | James O'Dell Tel: 615-872-3000 Email: james.odell@wtwco.com | Trade Claim | | | | $1,355,216 |
| 7. Scribe America PO BOX 417756 Boston, MA 02241-7756 | Michael Welch Tel. 786.279.1060 Email: Michael.welch@scribeamerica.com | Trade Claim | | | | $1,001,477 |
| 8. LocumTenens.com PO BOX 405547 Atlanta, GA 30384 | Kimberly Lackey Tel. 678.327.0487 Email: kimberly.lackey@locumtenens.com | Trade Claim | | | | $613,230 |
| 9. Health Carousel LLC PO Box 715806 Cincinnati, OH 45271-5806 | Shawna Leftwich Tel. 817.852.6696 Email: shawna.leftwich@healthcarousel.com | Trade Claim | | | | $574,086 |
| 10. Signify Health 4055 Valley View Lane Suite 700 Dallas, TX 75244 | Gregory McLemon Tel: 855-984-5121 Email: gmclemon@signifyhealth.com | Trade Claim | | | | $472,000 |
| 11. Brentwood Capital 5000 Meridian Blvd. Suite 350 Franklin, TN 37067 | L.A. Galyon IV Tel: 615-224-3830 Email: LaGalyon@brentwoodcapital.com | Trade Claim | | | | $400,000 |
| 12. Dennis Deruell ADDRESS ON FILE | Dennis Deruell Tel. 813.966.1077 Email: deruelle.md@gmail.com | Severance | | | | $343,200 |
| 13. AB Staffing Solutions 3451 S Mercy Road Suite 102 Gilbert, AZ 85297 | Jen Loge, Payroll Specialist Tel. 480.237.4673 Email: jloge@abstaffing.com | Trade Claim | | | | $323,499 |

Debtor  American Physician Partners, LLC, et al.
_____  Case number (if known)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14. Interim Physicians PO BOX 679139 Dallas, TX 75267 | Tim Sarlone Tel. 314.744.3077 Email: tim.sarlone@interimphysicians.com | Trade Claim | | | | $311,563 |
| 15. QGenda,LLC 3280 Peachtree Road NE Suite 1400 Atlanta, GA 30305 | Steve Rzasnicki Tel. 770.399.9945 x9175 Email: steve.rzasnicki@qgenda.com | Trade Claim | | | | $254,695 |
| 16. ProScribe 16414 San Pedro Ave Suite 525 San Antonio, TX 78232 | Samantha Chacon, Accounts Receivable Tel. 210.240.0558 Email: ar@proscribemd.com | Trade Claim | | | | $251,688 |
| 17. Franciscan Physicians Network 38005 Eagle Way Chicago, IL 60678-1800 | Joe Stuteville, Media Relations Manager Tel. 317.528.7986 Email: Joe.Stuteville@FranciscanAlliance.org | Trade Claim | | | | $238,764 |
| 18. SHI International Corp PO Box 952121 Dallas, TX 75395-2121 | Ryan Wahl Tel. 737.208.7304 Email: ryan_wahl@shi.com | Trade Claim | | | | $236,795 |
| 19. WMU School of Medicine PO Box 50391 Kalamazoo, MI 49005-0391 | Amy Smithchols Tel: 269.337.4400 Email: Amy.Smithchols@wmed.edu | Trade Claim | | | | $223,772 |
| 20. Atlas Physicians, LLC 122 Jackson Street Suite 1A Hoboken, NJ 07030-6084 | Anthony Ruvo Tel. 315.975.7591 Email: a.ruvo@atlasemergencyphysicians.com | Trade Claim | | | | $197,081 |
| 21. Elevate Healthcare Consultants 3811 Turtle Creek Blvd Suite 850 Dallas, TX 75219 | Evan Hale Tel. 972.954.6911 Email: evan.hale@elevatehcc.com | Trade Claim | | | | $170,527 |

Debtor  American Physician Partners, LLC, et al.
_____Name_____    Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22. BDO Consulting Group, LLC 1180 Peachtree Street Suite1950 Atlanta, GA 30309 | Baker Smith Tel: 404-979-7145 Email: bsmith@bdo-ba.com | Trade Claim | | | | $149,927 |
| 23. Lexx Healthcare, LLC 210 N University Drive Suite 502 Coral Springs, FL 33071 | Antonny Agudelo, Director of Accounting Tel. 888.440.8111 Email: antonny.agudelo@lexxhealth.com | Trade Claim | | | | $138,519 |
| 24. UKG Inc. PO Box 930953 Atlanta, GA 31193-0953 | Susan Brown, Lead Services Project Manager Tel. 480.262.0450 Email: susan.e.brown@ukg.com | Trade Claim | | | | $127,420 |
| 25. Holland & Knight LLP 511 Union Street Suite 2700 Nashville, TN 37219 | Vinh Duong, Partner Tel. 615.850.8936 Email: vinh.duong@hklaw.com | Trade Claim | | | | $122,663 |
| 26. Waller Lansden Dortch & Davis, LLP PO BOX 415000 Nashville, TN 37241 | Vinh Duong Tel: 615-244-6380 Email: Vinh.Duong@wallerlaw.com | Trade Claim | | | | $107,471 |
| 27. Marlab Incorporated 23434 North 78th Street Scottsdale, AZ 85255 | Balram Bhandari Tel. 480.251.5973 Email: balram@gomarlab.com | Trade Claim | | | | $97,831 |
| 28. Sumo Medical Staffing 71 E Wadsworth Park Dr Draper, UT 84020 | Jeff Parker Tel. 801.251.0502 Email: jeff.parker@sumostaffing.com | Trade Claim | | | | $96,245 |
| 29. Medici Group PLLC 11 Overlook Ridge Drive Suite 426 Revere, MA 02151 | Carlos Echevarria Tel: 305-676-5760 Email: carlechmd@outlook.com | Trade Claim | | | | $81,313 |

Debtor  American Physician Partners, LLC, et al.
Name
                                                          Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30. Mingle Healthcare Solutions 8911 S Sandy Parkway Suite 200 Sandy, UT 84070 | Alyssa Royer, Collections Specialist Tel. 207.805.2290 Email: Alyssa.Royer@MingleHealth.com | Trade Claim | Disputed | | | $77,616 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| APP OF SOUTHERN ARIZONA ED, LLC, | ) | Case No. 23-_____ (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

Name:         American Physician Holdings, LLC
Address:     5121 Maryland Way Suite 300
                   Brentwood, TN 37027

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| APP OF SOUTHERN ARIZONA ED, LLC, | ) Case No. 23-_____ (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| American Physician Holdings, LLC | 5121 Maryland Way Suite 300 Brentwood, TN 37027 | 100% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| APP OF SOUTHERN ARIZONA ED, LLC, | ) Case No. 23-_____ (___) |
|  | ) |
| Debtor. | ) (Joint Administration Requested) |
|  | ) |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

**Fill in this information to identify the case:**

Debtor name    **APP of Southern Arizona ED, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **List of Equity Holders; Corporate Ownership Statement; and Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 18, 2023**    X **/s/ John DiDonato**
                                               Signature of individual signing on behalf of debtor

                                               **John DiDonato**
                                               Printed name

                                               **Chief Restructuring Officer**
                                               Position or relationship to debtor